Exhibit B

# CROWN

Series PE
Service & Parts Manual

Model No. 80PE
Serial No. W 62018

EXHIBIT
HENSLEY
3
BCC 5/1/03
PENGAD 800-631-6989



CROWN

© Crown 1977 PF-2998 Rev. 10/86

Printed in U.S.A.

# INTRODUCTION

This manual is intended for the service mechanic who is seeking information about maintenance and service replacement parts. It contains a section on trouble shooting which will enable a qualified mechanic to locate and solve problems which may occur.

This manual does not contain operation instructions. For operation instructions, refer to the appropriate Crown publication.

      PW Models, "You and Your Crown Walkie," (PF-2785)
      PC, PE, PR Models, "You and Your Crown Rider," (PF-2863)

When ordering replacement parts from this manual, always specify, along with the part number, the model and serial number of the truck. This information will further enable us to give correct, fast and efficient service.

For Pallet Truck capacities, technical information and dimensional specifications, please refer to the following sales literature:

      PW Model    SF-2834 Rev. 8/76
      PC Model    SF-2832 Rev. 8/76
      PE Model    SF-2830 Rev. 8/76
      PR Model    SF-2836 Rev. 8/76

Copies of publications can be obtained from your Crown dealer or by writing to:
      Crown
      40-44 S. Washington Street
      New Bremen, OH 45869

An index for this manual is located on the following pages. The manual is arranged according to major sections. The first part of the page number, found at the bottom of each page, denotes the section in which a particular form will be located. These sections are indicated by a black bar at the right hand edge of the page. The higher the number of the section, the farther down the page it is located. The sectional breakdown is as follows:

      Section 1   Basic Chassis or Power Unit
      Section 2   Hydraulic System and Components
      Section 3   Drive Unit and Components
      Section 4   Electrical Components
      Section 5   Brake System
      Section 6   Steering System and Components
      Section 7   Lift Structure
      Section 8   Cylinders
      Section 10  Accessories

# GENERAL MAINTENANCE INSTRUCTIONS



## WARNING

**TO PREVENT SERIOUS RISK OF INJURY TO YOURSELF AND OTHERS OBSERVE THE FOLLOWING SAFETY INSTRUCTIONS**

Power industrial trucks may become hazardous if adequate maintenance is neglected. Therefore, adequate maintenance facilities, trained personnel and procedures should be provided.

Maintenance and inspection shall be performed in conformance with the following practices:

1. A scheduled planned maintenance, lubrication, and inspection system should be followed.

2. Only qualified and authorized personnel shall be permitted to maintain, repair, adjust and inspect truck.

3. Before leaving the truck —
   a. Stop truck.
   b. Fully lower the load engaging means.
   c. Place directional controls in neutral.
   d. Apply the parking brake.
   e. Turn off power (power disconnect).
   f. Remove key.
   g. Block the wheels if truck is on an incline.

4. Before working on truck —
   a. Raise drive wheel free of floor or disconnect power sources.
   b. Use chocks or other positive positioning devices.
   c. Block load engaging means, inter masts, or chassis before working under them.
   d. Operation to check performance of truck or attachments shall be conducted in an authorized safe clearance area.

5. Before starting to operate truck —
   a. Be in operating position.
   b. Apply brake.
   c. Place directional control in neutral.
   d. Before operating truck, check functions of lift systems, directional control, speed control, steering, warning devices, brakes and any attachments if any used.

6. Avoid fire hazards and have fire protection equipment present. Do not use an open flame to check level, or for leakage of electrolyte and fluids or oil. Do not use open pans of fuel or flammable cleaning fluids for cleaning parts.

7. Keep shop well ventilated, clean and dry.

8. Brakes, steering mechanisms, control mechanisms, lift overload devices, guards, and safety devices shall be inspected regularly and maintained in a safe operating condition.

9. Capacity, operation and maintenance instruction plates or decals shall be maintained in legible condition.

10. All parts of lift mechanisms shall be inspected to maintain them in safe operating condition.

11. All hydraulic systems shall be regularly inspected and maintained in conformance with good practice. Cylinders, valves, and other similar parts shall be checked to assure that "drift" has not developed to the extent that it would create a hazard.

12. Batteries, motors, controllers, limit switches, protective devices, electrical conductors, and connections shall be maintained in conformance with good practice. Special attention shall be paid to the condition of electrical insulation.

13. Trucks shall be kept in a clean condition to minimize fire hazards and facilitate detection of loose or defective parts.

14. Modifications and additions which affect capacity and safe truck operation shall not be performed by the customer or user without manufacturers prior written approval. Capacity, operation and maintenance plates or decals shall be changed accordingly.

15. Care shall be taken to assure that all replacement parts are interchangeable with the original parts and of equal quality to that provided in the original equipment.

For further information pertaining to operating and maintenance procedures, refer to ANSI B56.1 - 1975. For copies send to:

    American National Standards Institute
    1430 Broadway
    New York, NY 10018

---

## INSPECTION AND ADJUSTMENT CHART

| Index | Component | Hours | | | | |
|---|---|---|---|---|---|---|
| | | 100 | 250 | 500 | 1000 | 2000 |
| I-1 | Horn | † | | | | |
| I-2 | Tires | † | | | | |
| I-3 | Battery | † | | | | |
| I-4 | Steering Chain (PR) | | † | | | |
| I-5 | Power Disconnect | † | | | | |
| I-6 | Torque Generator | | | † | | |
| I-7 | Motor Brushes - Traction | | † | | | |
| I-8 | Motor Brushes - Lift | | † | | | |
| I-9 | Motor Brushes - Power Steering (PR) | | † | | | |
| I-10 | Contact Tips | † | | | | |
| I-11 | Electrical Connections | † | | | | |
| I-12 | Hoses and Hydraulic Lines | † | | | | |
| I-13 | Brake-Operation | † | | | | |
| I-14 | Brake-Linings | | | † | | |
| I-15 | Travel Controls | † | | | | |
| I-16 | Tension Bars | | † | | | |
| I-17 | Limit Switch - Lift Linkage | | † | | | |
| I-18 | Lift Cylinder Adjustment | | † | | | |

CHART 3

REFER TO ILLUSTRATION 1, 2, AND 3

**ELECTRICAL SYSTEM**

Inspection and care of the electrical components in an industrial truck are a must if long life and efficient, safe operation are to be maintained through the daily use of any powered equipment. The following information is intended to aid in keeping the electrical system in good operating condition.

**CAUTION**

*Before making checks, disconnect battery or jack up truck and block so drive wheel is free of floor.*

**1. Battery**

The care and maintenance of the battery is very important to get efficient truck operation and maximum battery life.

  A. Checking - Battery electrolyte level should be checked before each charge of the battery. The level should be maintained at one-half inch above plates or just below the lower lip of the filler hole at all times. If low, add either approved local supply or distilled water (consult battery manufacturer) preferrably at the end of charge. Do not overfill. For maximum battery life, specific gravity readings should be taken daily and recorded on a pilot cell. The pilot cell should be changed on a monthly basis with readings taken on all cells at semi-annual or annual intervals. Do not take specific gravity readings immediately after adding water. The water and electrolyte must be thoroughly mixed by charging before a reliable reading can be taken. The normal full charge specific gravity should be between 1.265 and 1.280.

  B. Removal (standard) - When removal of a battery from a truck is required, park truck with brakes applied and unplug battery connector. Attach spreader bar to ends of battery and lift out using an overhead crane or chain lift. Caution must be taken not to allow any metallic object to come in contact with the top of the cell, as this may cause a short circuit when the battery is removed.

  Removal (optional roll out battery) - To remove a battery from a truck equipped with optional battery rollers, park truck with brakes applied. Unplug battery connectors and remove battery retainer. Roll battery onto a roller stand that is the same height and as long or longer than the battery. Caution must be taken not to allow any metallic objects to come in contact with the top of the cell, as this may cause a short circuit when the battery is rolled in or out of the truck.

  C. Cleaning - Always keep vent plugs tightly in place when cleaning battery. When properly watered and charged, the battery will remain clean and dry. All that is necessary is to brush or blow off any dust or dirt which may accumulate on them. However, if electrolyte is spilled or overflows from the cell, it should be neutralized with a solution of baking soda and water (one pound soda to a gallon of water). To do this, remove the battery from the truck and clean with the solution of soda and water brushing the soda solution to get the solution beneath the connectors and removing the grime from the covers. Then rinse the battery with cool water from a low pressure hose to remove the soda and loosened dirt. If batteries stay wet consistently, they may be either overcharged or overfilled. This condition should be investigated and corrected.

  D. Charging - Charging requirements will vary depending on use of truck. Batteries discharged by more than one-third should be charged daily. If less than one-third discharge, recharging should be delayed; however, they should be recharged at least once a week. If usage of truck makes it necessary, more than one battery should be available to provide ample power to the unit at all times.

**CAUTION**

*Never smoke or bring flame near the battery. Gas formed during charging is highly explosive and can cause serious injury.*

Consult the charger manufacturer's manual covering your charger for hints on operation and maintenance. Some of the basic rules are as follows:

1) Placing battery on charge:
   a) Park truck at charging station with platform lowered and key removed. Disengage power disconnect.
   b) Unplug battery from truck.
   c) Be sure charger control is in the off position.
   d) Connect battery to charger and be sure connectors are mated all the way.
   e) Set timer for specified time. Set for Normal (Daily Charge, all except one night a week when the Equalizer (Weekend) Charge should be used.
   f) Check ammeter to be sure it shows charge.

Printed in U.S.A.

MA - 06.4 - 006                                                                                          MA - 06.4 - 006