Exhibit B

```
3/22/01                  JOHNH                           EQUIPMENT REPORT GENERATOR
14:09:30                                                        SUPERVALU INC.

Rpt Name: EQUIP WORK PERFORMED
Desc  . .: 64FF215

Sequence: 11 / 10 / 07 /  /  /     (Enter option nos. with highest priority 1st)
           Y  /  /  /  /  /        (Print Sub-Totals for sequence option, Y=Yes)
                                   (Print Summary Totals Only, Y=Yes)
                               Y   (Include Work Order Description, Y=Yes)
                               O   (By Owner, Domiciled, or Service Location)

Options:        05 MODEL YR         10 W.O. NUMBER        15 MFG PART NBR     20 ACCT F'YY/PP
01 UNIT #       06 WO STATUS        11 ACTV F'YY/PP       16 EMPLOYEE NBR     21 FUNCTION
02 CLASS        07 RSN REPAIR       12 WO CDE-I/O/D/W     17 REPAIR CLASS     22 AREA
03 MAKE         08 PM TYPE          13 SYSTEM CODE        18 WO PRINT DATE
04 MODEL        09 W.O. DATE        14 WORK CODE          19 OK PRINT WO

         Opt#   From   ------------>    To
         ----   ----                    --
          01    64FF215                 64FF215
          11    9501                    0202
```

```
14:09:30                       EQUIPMENT REPORT GENERATOR                                               0640 0CV1767 C29    PAGE  2
                                    SUPERVALU INC.                                                          STMT 1           EMPF076

Rpt Name: EQUIP WORK PERFORMED
Desc . .: 64FF215

Phy Loc: 064 MH 1    SWEET LIFE DIVISION

Unit           Rsn         Meter        W.O.       W.O.       System  Work   Employee                           Labor    Labor     Mfg                          Part    Part
Number         Rpr  PM     Reading      Number     Date       Code    Code   Name                               Hours    Amount    Part Number                   Qty     Amount
------         ---  --     -------      ------     ----       ------  ----   --------                           -----    ------    -----------                   ----    ------
64FF215        08           1686        002115     3/08/95    41010   02     A. F. GELTZ                          .50      7.36
                                                                             W.O. Desc: L-15, 27, L-22 REPLA CED
64FF215        08   Y       1686        002115     3/08/95    40000   07     A. F. GELTZ                          2.00     29.44
                                                                             W.O. Desc: L-15, 27, L-22 REPLA CED
64FF215        01           1708        002253     3/22/95    29026   01     A. F. GELTZ                          .50      7.36
                                                                             W.O. Desc: BRAKES AND LUBED LIF T
64FF215        01           1708        002253     3/22/95    18000   01     A. F. GELTZ                          2.00     29.44
                                                                             W.O. Desc: BRAKES AND LUBED LIF T
                        * Sub Total: ACTIVITY F'YR/P 96 01                                                         5.00     73.60

64FF215        01           1720        002290     3/28/95    56010   06     ROBERT TREDO                         1.00     14.87
                                                                             W.O. Desc: JACK CUTS OUT WHEN U SING LIFT, & GAUGE G
                        * Sub Total: ACTIVITY F'YR/P 96 02                                                         1.00     14.87

64FF215        01           1766        7442       4/26/95    14088   03     ROBERT TREDO                          .50      7.56    106288
                                                                             W.O. Desc: REPLACED DISCHARGE I NDICATOR
                        * Sub Total: ACTIVITY F'YR/P 96 03                                                          .50      7.56

64FF215        01           1858        8262       7/06/95    32010   03     ROBERT TREDO                         1.00     15.12    079494-010-01               1.0    182.08
                                                                             W.O. Desc: REPLACED LOADWHEELS & BEARING AS NEEDED.
64FF215        01           1858        8262       7/06/95    34000   03     ROBERT TREDO                                           065081-021                  1.0     97.79
                                                                             W.O. Desc: REPLACED LOADWHEELS & BEARING AS NEEDED.
64FF215        01           1858        8262       7/06/95    34000   03     ROBERT TREDO                         1.00     15.12    100462-030                  4.0     20.00
                                                                             W.O. Desc: REPLACED LOADWHEELS & BEARING AS NEEDED.
                                                                                                                                                                 2.0     64.94
                        * Sub Total: ACTIVITY F'YR/P 96 05                                                         2.00     30.24

64FF215        01           1910        9102       8/22/95    52047   01     A. F. GELTZ                          1.00     14.97
                                                                             W.O. Desc: ADJUSTED AND SET LIF T
64FF215        01           1910        9102       8/22/95    52044   01     A. F. GELTZ                          1.80     26.95
                                                                             W.O. Desc: ADJUSTED AND SET LIF T
64FF215        01   Y       1919        9210       8/30/95    29055   09     ROBERT TREDO                          .50      7.56
                                                                             W.O. Desc: DRIVE WHEEL SLIPS, R EPLACED DRIVE WHEEL
64FF215        01           1919        9210       8/30/95    17000   01     ROBERT TREDO                         1.00     15.12                                 7.0    182.73
                                                                             W.O. Desc: DRIVE WHEEL SLIPS, R EPLACED DRIVE WHEEL
64FF215        01           1919        9210       8/30/95    35010   03     ROBERT TREDO                                           065081-021                  2.0     10.00
                                                                             W.O. Desc: DRIVE WHEEL SLIPS, R EPLACED DRIVE WHEEL
64FF215        01           1919        9210       8/30/95    35010   03     ROBERT TREDO                          .50      7.56    083179-010                  1.0     16.08
                                                                             W.O. Desc: DRIVE WHEEL SLIPS, R EPLACED DRIVE WHEEL
64FF215        01           1919        9210       8/30/95    32010   03     ROBERT TREDO                         1.00     15.12    1304281                     1.0    116.22
                                                                             W.O. Desc: DRIVE WHEEL SLIPS, R EPLACED DRIVE WHEEL
                        * Sub Total: ACTIVITY F'YR/P 96 07                                                         5.80     87.28                                4.0    142.30

64FF215        01           1938        9761       9/24/95    18010   01     JOHN L HENSLEY                        .50      7.74
```

```
                                EQUIPMENT REPORT GENERATOR                                                      PAGE    3
14:09:30                            SUPERVALU INC.                                                              EMPF075

Rpt Name: EQUIP WORK PERFORMED
Desc  ..: 64FF215

Phy Loc: 064 MH 1   SWEET LIFE DIVISION

Unit     Rsn  Meter    W.O.      W.O.    System Work                           Labor   Labor   Mfg                          Part  Part
Number   Rpr PM Reading Number   Date    Code   Code  Employee Name            Hours   Amount  Part Number                  Qty   Amount
------   --- -- ------- ------   ------- ------ ----  -------------            -----   ------  -----------                  ----  ------

                              * Sub Total: ACTIVITY F'YR/P 96 08                .50     7.74
                                                      W.O. Desc: ADJUST BRAKES AND PL UG.

64FF215  01     1955   15224   10/11/95  17000  01   ROBERT TREDO                .50    7.56
                                                      W.O. Desc: BLADES NEED ADJUSTIN G, AND STEERING BAD.
64FF215  01     1955   15237   10/12/95  29027  13   ROBERT TREDO               1.50   22.68
                                                      W.O. Desc: STEERING BAD, REPLAC ED STEERING RING & D
64FF215  01     1955   15237   10/12/95  34031  13   ROBERT TREDO               1.50   22.68
                                                      W.O. Desc: STEERING BAD, REPLAC ED STEERING RING & D
64FF215  01     1955   15237   10/12/95  32010  03   ROBERT TREDO               1.00   15.12   079494-010-01                1.0   102.67
                                                      W.O. Desc: STEERING BAD, REPLAC ED STEERING RING & D
64FF215  01     1955   15237   10/12/95  29046  03   ROBERT TREDO               2.00   30.24   126397-003                   1.0   162.25
                                                      W.O. Desc: STEERING BAD, REPLAC ED STEERING RING & D
64FF215  01     1955   15261   10/16/95  29012  03   ROBERT TREDO                                077014                     1.0    16.60
                                                      W.O. Desc: STARTED TO REPLACE S TEERING BEARING & CU
64FF215  01     1955   15261   10/16/95  29012  03   ROBERT TREDO               1.30   19.66   077015                       1.0    36.08
                                                      W.O. Desc: STARTED TO REPLACE S TEERING BEARING & CU
64FF215  01     1955   15277   10/17/95  29000  01   ROBERT TREDO               4.50   68.04
                                                      W.O. Desc: FINISHED REPAIRS ON STEERING & STILL NEE
64FF215  01     1955   15290   10/18/95  35000  06   ROBERT TREDO               1.00   15.12
                                                      W.O. Desc: REPAIRED DAMAGE BLAD E ENDS SO NEW ROLLAR
64FF215  01     1955   15290   10/18/95  52010  01   ROBERT TREDO                .50    7.56
                                                      W.O. Desc: REPAIRED DAMAGE BLAD E ENDS SO NEW ROLLAR
64FF215  01     1955   15290   10/18/95  34031  03   ROBERT TREDO               2.30   34.78   115252                       2.0   181.40
                                                      W.O. Desc: REPAIRED DAMAGE BLAD E ENDS SO NEW ROLLAR
64FF215  01     1955   15331   10/19/95  29000  06   ROBERT TREDO               1.50   22.68
                                                      W.O. Desc: REPLACED HINDGE PIN IN BOTH CASTER WHEEL
64FF215  01     1955   15331   10/19/95  35010  03   ROBERT TREDO                                065081-021                 2.0    10.00
                                                      W.O. Desc: REPLACED HINDGE PIN IN BOTH CASTER WHEEL
64FF215  01     1955   15331   10/19/95  35010  03   ROBERT TREDO                .50    7.56   083179-010                   1.0    16.08
                                                      W.O. Desc: REPLACED HINDGE PIN IN BOTH CASTER WHEEL
64FF215  01     1955   15331   10/19/95  36000  03   ROBERT TREDO               3.50   52.92   107157-001                   2.0    24.38
                                                      W.O. Desc: REPLACED HINDGE PIN IN BOTH CASTER WHEEL

                              * Sub Total: ACTIVITY F'YR/P 96 09               21.60  326.60                               11.0   549.46

64FF215  01     1976   16115   11/13/95  48000  03   A. F. GELTZ                1.00   14.97   870-232/01                   1.0     5.19
                                                      W.O. Desc: NO POWER
64FF215  01     1976   16115   11/13/95  14000  06   A. F. GELTZ                4.00   59.88
                                                      W.O. Desc: NO POWER
64FF215  41     1976   16134   11/13/95  34015  03   JOHN L HENSLEY              .50    7.74   082144                       1.0    13.13
                                                      W.O. Desc: WHEEL PULLED FROM DE BRIS.
64FF215  41     1976   16134   11/13/95  34010  03   JOHN L HENSLEY              .50    7.74   100462-030                   1.0    32.47
                                                      W.O. Desc: WHEEL PULLED FROM DE BRIS.

                              * Sub Total: ACTIVITY F'YR/P 96 10                6.00   90.33                                3.0    50.79

64FF215  01     1999   16232   12/04/95  18045  01   JOHN J OCONNOR             1.30   19.46
```

```
3/22/01            JOHNH                                    EQUIPMENT REPORT GENERATOR                                                              EMPF076
14:05:30                                                         SUPERVALU INC.

Rpt Name: EQUIP WORK PERFORMED
Desc ...: 64FF215

Phy Loc: 064 MH 1    SWEET LIFE DIVISION

Unit      Rsn          Meter    W.O.    W.O.      System  Work  Employee               Labor   Labor     Mfg                            Part    Part
Number    Rpr  PM      Reading  Number  Date      Code    Code  Name                   Hours   Amount    Part Number                    Qty     Amount
------    ---  --      -------  ------  --------  ------  ----  ----------             -----   ------    -----------                    ----    ------

64FF215   01                    1999    16232     12/04/95  26000  06  JOHN J OCONNOR     .80    11.98
                                                                  W.O. Desc: DRIVE UNIT LOCKED UP ,  CHECKED OUT. REPA
64FF215   01                    2019    16268     12/18/95  14040  03  JOHN J OCONNOR     .80    11.98
                                                                  W.O. Desc: DRIVE UNIT LOCKED UP ,  CHECKED OUT. REPA
64FF215   01                    2019    16268     12/18/95  14000  06  JOHN J OCONNOR     .80    11.98   079133                          1.0     5.22
                                                                  W.O. Desc: WILL NOT LIFT SOMETI MES.  CHECKED OUT RE
64FF215   01                    2019    16268     12/18/95  14000  06  JOHN J OCONNOR     .80    11.98
                                                                  W.O. Desc: WILL NOT LIFT SOMETI MES.  CHECKED OUT RE

                                  * Sub Total: ACTIVITY F'YR/P 96 11                    3.70    55.40                                    1.0     5.22

64FF215   01                    2050    16792      1/17/96  14000  03  A. F. GELTZ       2.00    29.94   Z SY-958                        1.0     8.75
                                                                  W.O. Desc: CUT OUT

                                  * Sub Total: ACTIVITY F'YR/P 96 12                    2.00    29.94                                    1.0     8.75

64FF215   01                    2102    17950      3/04/96  14021  03                                   Z SY-958                         1.0     8.75
                                                                  W.O. Desc: CONTACTS IN BAT PLUG  & JACK PLUG BURN'T,
64FF215   01                    2102    17950      3/04/96  14021  03  ROBERT TREDO      1.30    19.66   Z SY-964                         1.0     11.94
                                                                  W.O. Desc: CONTACTS IN BAT PLUG  & JACK PLUG BURN'T,

                                  * Sub Total: ACTIVITY F'YR/P 97 01                    1.30    19.66                                    2.0    20.69

64FF215   08   Y                2196    18291      5/20/96  41000  09  JOHN J OCONNOR    2.00    30.44
                                                                  W.O. Desc: LIFTS UNEVEN LOWER F RONT SHAFTS NOT TAKI
64FF215   08                    2196    18291      5/20/96  41010  02  JOHN J OCONNOR     .50     7.61
                                                                  W.O. Desc: LIFTS UNEVEN LOWER F RONT SHAFTS NOT TAKI
64FF215   01                    2196    18292      5/21/96  14087  01  JOHN J OCONNOR    1.00    15.22
                                                                  W.O. Desc: REPAIRED LIFT LINKAG E AS NEEDED, REPAIRE
                                                                                                        065084-001                       4.0    12.40
                                                                                                        104394                           2.0    34.02
64FF215   01                    2196    18292      5/21/96  45000  03                                   W.O. Desc: REPAIRED LIFT LINKAG E AS NEEDED, REPAIRE
64FF215   01                    2196    18292      5/21/96  45000  03                                   102963                           2.0    66.40
                                                                  W.O. Desc: REPAIRED LIFT LINKAG E AS NEEDED, REPAIRE  114.15
64FF215   01                    2196    18296      5/22/96  14085  03  JOHN J OCONNOR    7.50   114.15   079019                          1.0    54.35
                                                                  W.O. Desc: REPAIRED LIFT LINKAG E AS NEEDED, REPAIRE
64FF215   01                    2196    18296      5/22/96  14014  06  JOHN J OCONNOR    2.00    30.44
                                                                  W.O. Desc: TAKES OFF SLOW THEN JUMPS IN FASTER SPEE
                                                                       JOHN J OCONNOR    1.00    15.22
                                                                  W.O. Desc: TAKES OFF SLOW THEN JUMPS IN FASTER SPEE

                                  * Sub Total: ACTIVITY F'YR/P 97 04                   14.00   213.08                                    9.0   167.17

64FF215   04                    2229    19127      7/01/96  52016  01  JOHN L HENSLEY    1.50    23.58
                                                                  W.O. Desc: CATCHING ON DOCK PLA TES, MAKE NECESSARY
                                                                                                        101296                           1.0     9.13
64FF215   04                    2229    19127      7/01/96  15051  03                                   W.O. Desc: CATCHING ON DOCK PLA TES, MAKE NECESSARY
64FF215   04                    2229    19127      7/01/96  15051  03  JOHN L HENSLEY    1.00    15.72   100566                          1.0   163.35
                                                                  W.O. Desc: CATCHING ON DOCK PLA TES, MAKE NECESSARY

                                  * Sub Total: ACTIVITY F'YR/P 97 05                    2.50    39.30                                    2.0   172.48
```

```
3/22/01                          JOHNH                    EQUIPMENT REPORT GENERATOR                                              PAGE   5
14:09:30                                                       SUPERVALU INC.                                                    EMPF076

Rpt Name: EQUIP WORK PERFORMED
Desc   .: 64FF215

Phy Loc: 064 MH 1   SWEET LIFE DIVISION

Unit       Rsn  Rpr PM  Meter     W.O.      W.O.      System  Work              Labor   Labor    Mfg                         Part    Part
Number     Rpr          Reading   Number    Date      Code    Code  Employee    Hours   Amount   Part Number                 Qty     Amount
------     ---  --- --  -------   ------    -------   ------  ----  --------    -----   ------   -----------                 ----    ------
64FF215    01           2241      18799     7/15/96   45050   01    JOHN J OCONNOR       .50     7.61
                                                                    W.O. Desc: CONTROL HANDLE STICK IN REVERSE, CHECKED
64FF215    01           2241      18799     7/15/96   45050   06    JOHN J OCONNOR       .50     7.61
                                                                    W.O. Desc: CONTROL HANDLE STICK IN REVERSE, CHECKED
                     * Sub Total: ACTIVITY F'YR/P 97 06                          1.00    15.22

64FF215    01           2268      19861     8/13/96   15051   03    A. F. GELTZ          .80     12.18   101296                1.0    9.13
                                                                    W.O. Desc: LEAK AT CYL.
64FF215    01           2268      19861     8/13/96   15050   01    A. F. GELTZ         2.80     42.62
                                                                    W.O. Desc: LEAK AT CYL.
                     * Sub Total: ACTIVITY F'YR/P 97 07                          3.60    54.80                                 1.0    9.13

64FF215    01           2311      20555     9/26/96   14078   01    ROBERT TREDO         .50     7.69
                                                                    W.O. Desc: HANDLE STICKS IN REVERSE, REPAIRED.
                     * Sub Total: ACTIVITY F'YR/P 97 08                           .50     7.69

64FF215    01           2358      21191    11/25/96   14037   01    JOHN J OCONNOR       .50     7.61
                                                                    W.O. Desc: KEEPS CUTTING OUT, CHECKED OUT, ADJUSTED
64FF215    01           2358      21191    11/25/96   14000   06    JOHN J OCONNOR       .50     7.61
                                                                    W.O. Desc: KEEPS CUTTING OUT, CHECKED OUT, ADJUSTED
                     * Sub Total: ACTIVITY F'YR/P 97 10                          1.00    15.22

64FF215    01           2386      21777     1/02/97   35030   13    JOHN L HENSLEY       .50     7.86
                                                                    W.O. Desc: CASTER WHEEL RIGHT S PENT
64FF215    01           2386      21777     1/02/97   35010   03    JOHN L HENSLEY       .50     7.86     083179-010           1.0    16.48
                                                                    W.O. Desc: CASTER WHEEL RIGHT S PENT
64FF215    01           2386      21791     1/03/97   35010   03    JOHN L HENSLEY       .50     7.86     083179-010           1.0    16.48
                                                                    W.O. Desc: CHANGE OUT SPENT CASTER WHEEL LEFT SIDE.
64FF215    41           2388      21950     1/08/97   32010   03    JOHN L HENSLEY      1.00     15.72    079494-010-01        1.0    97.39
                                                                    W.O. Desc: DRIVE TIRE WORN DOWN FROM SPINNING IN NE
64FF215    01           2388      21988     1/16/97   14085   03    JOHN L HENSLEY      1.00     15.72    079019              1.0    55.00
                                                                    W.O. Desc: TROUBLE SHOOT FOR HARSH PLUG.
64FF215    01           2388      21988     1/16/97   14085   06    JOHN L HENSLEY       .50     7.86
                                                                    W.O. Desc: TROUBLE SHOOT FOR HARSH PLUG.
64FF215    01           2388      22112     1/17/97   14050   01    A. F. GELTZ         2.00     30.44
                                                                    W.O. Desc: NO PLUGGING
64FF215    01           2388      22112     1/17/97   14052   03    A. F. GELTZ         3.00     45.66    121824-00R-05        1.0    312.70
                                                                    W.O. Desc: NO PLUGGING
64FF215    01           2388      22112     1/17/97   14051   06    A. F. GELTZ         2.00     30.44
                                                                    W.O. Desc: NO PLUGGING
                     * Sub Total: ACTIVITY F'YR/P 97 12                         11.00   169.42                                 5.0    498.05

64FF215    04           2537      24807     7/22/97   34000   03                                          10-6205-ZZ           8.0    15.28
```

```
3/22/01            JOHNH                    EQUIPMENT REPORT GENERATOR                                PAGE   6
14:09:30                                         SUPERVALU INC.                                       EMPF076

Rpt Name: EQUIP WORK PERFORMED
Desc  ..: 64FF215

Phy Loc: 064 MH 1   SWEET LIFE DIVISION

Unit      Rsp         Meter     W.O.     W.O.      System  Work                                  Labor   Labor    Mfg                              Part    Part
Number    Rpr  PM     Reading   Number   Date      Code    Code   Employee Name                  Hours   Amount   Part Number                      Qty     Amount
------    ---  --     -------   ------   ----      ------  ----   -------------                  -----   ------   -----------                      ----    ------
64FF215   04          2537      24807    7/22/97   34000   03     ROBERT TREDO                    1.00   15.37    100462-030                        2.0    65.72
                                                                  W.O. Desc: REPLACED LOADWHEELS & BEARINGS
                                                                  W.O. Desc: REPLACED LOADWHEELS & BEARINGS                                        10.0    81.00

                                         * Sub Total: ACTIVITY F'YR/P 98 06                      1.00   15.37

64FF215   04          2778      27193    1/27/98   14030   13     ROBERT TREDO                     .30    4.61
                                                                  W.O. Desc: BAT GOES DEAD AFTER 1 HR OF WORK, REMOVE
64FF215   01          2806      27477    2/16/98   29000   01     JOHN L HENSLEY                  1.50   23.58
                                                                  W.O. Desc: STEER HEAD MOUT BROK EN, HOUR METER BROKE
64FF215   01          2806      27477    2/16/98   14087   03     ROBERT TREDO                                    870-232/01                        1.0     9.59
                                                                  W.O. Desc: STEER HEAD MOUT BROK EN, HOUR METER BROKE
64FF215   01          2806      27477    2/16/98   14087   03     JOHN L HENSLEY                  1.00   15.72    114254                            1.0    55.27
                                                                  W.O. Desc: STEER HEAD MOUT BROK EN, HOUR METER BROKE

                                         * Sub Total: ACTIVITY F'YR/P 98 13                      2.80   43.91                                      2.0    64.86

64FF215   04          33        40136    3/12/98   35010   03     ROBERT TREDO                                    065081-021                        2.0    11.02
                                                                  W.O. Desc: DROPS OUT OF HIGH SP EED, RE-CALIBRATED C
64FF215   04          33        40136    3/12/98   35010   03     ROBERT TREDO                     .50    7.69    083179-010                        1.0    16.48
                                                                  W.O. Desc: DROPS OUT OF HIGH SP EED, RE-CALIBRATED C
64FF215   04          33        40136    3/12/98   29000   01     ROBERT TREDO                    1.00   15.37
                                                                  W.O. Desc: DROPS OUT OF HIGH SP EED, RE-CALIBRATED C
64FF215   04          33        40136    3/12/98   14016   03     ROBERT TREDO                    1.00   15.37    089362                            1.0     2.86
                                                                  W.O. Desc: DROPS OUT OF HIGH SP EED, RE-CALIBRATED C
64FF215   04          33        40136    3/12/98   14052   06     ROBERT TREDO                     .50    7.69
                                                                  W.O. Desc: DROPS OUT OF HIGH SP EED, RE-CALIBRATED C
64FF215   04          40        40180    3/19/98   34000   03     ROBERT TREDO                                    10-6205-ZZ                        2.0     3.82
                                                                  W.O. Desc: REPLACED CASTER WHEE L & LOADWHEELS
64FF215   04          40        40180    3/19/98   34000   03     ROBERT TREDO                    1.00   15.37    100462-030                        2.0    65.72
                                                                  W.O. Desc: REPLACED CASTER WHEE L & LOADWHEELS
64FF215   04          40        40180    3/19/98   35010   03     ROBERT TREDO                     .50    7.69    083179-010                        1.0    16.48
                                                                  W.O. Desc: REPLACED CASTER WHEE L & LOADWHEELS

                                         * Sub Total: ACTIVITY F'YR/P 99 01                      4.50   69.18                                      9.0   116.38

64FF215   01          135       41245    5/18/98   20011   03     JOHN L HENSLEY                  1.00   16.22    064198-005                        1.0     4.42
                                                                  W.O. Desc: CASTER BUSHING & SHA FTS, GEAR OIL LEAK.
64FF215   01          135       41245    5/18/98   36016   03                                                     ZCR-107157-001                    2.0     5.38
                                                                  W.O. Desc: CASTER BUSHING & SHA FTS, GEAR OIL LEAK.
64FF215   01          135       41245    5/18/98   36016   03     JOHN L HENSLEY                  2.50   40.55    ZCR-065007-030                    4.0     8.04
                                                                  W.O. Desc: CASTER BUSHING & SHA FTS, GEAR OIL LEAK.

                                         * Sub Total: ACTIVITY F'YR/P 99 03                      3.50   56.77                                      7.0    17.84

64FF215   01          278       43240    9/24/98   32000   03                                                     090723                            1.0    83.03
                                                                  W.O. Desc: NO TRACTION
64FF215   01          278       43240    9/24/98   32000   03     A. F. GELTZ                     2.80   44.02    1304281                           1.0   116.46
```

```
3/22/01      JOHNH                         EQUIPMENT REPORT GENERATOR                                              PAGE    7
14:09:30                                        SUPERVALU INC.                                                     EMPF076

Rpt Name: EQUIP WORK PERFORMED
Desc  . .: 64FF215

Phy Loc: 064 MH 1   SWEET LIFE DIVISION

Unit      Rsn      Meter      W.O.      W.O.      System  Work                                Labor     Labor               Mfg                     Part    Part
Number    Rpr FM   Reading    Number    Date      Code    Code   Employee Name                Hours     Amount              Part Number             Qty     Amount
------    ------   -------    ------    -----     ------  ----   -------------                -----     ------              -----------             ---     ------
                                                                 W.O. Desc: NO TRACTION        2.80     44.02                                       2.0     199.49

64FF215   01       564  50540 12/23/99  14090     06     A. F. GELTZ                           .75      11.97
                                                                 W.O. Desc: STUCK IN AISLE
64FF215   01       565  50833 12/23/99  14012     03     JOHN L HENSLEY                       1.00     16.47                Z SY-964                1.0     11.93
                                                                 W.O. Desc: BATT CONTACTS BURNT
64FF215   01       565  50833 12/23/99  14012     03     JOHN L HENSLEY                       1.00     16.47                Z SY-958                1.0     8.74
                                                                 W.O. Desc: BATT CONTACTS BURNT

* Sub Total: ACTIVITY F'YR/P 00 11                                                             2.75     44.91                                       2.0     20.67

64FF215   04       600  55144 3/15/00   41000     09     ROBERT TREDO                         2.00     32.24
                                                                 W.O. Desc: REPLACED LOADWHEEL CASTER WHEELS & DRIVE
64FF215   04       600  55144 3/15/00   32000     03     ROBERT TREDO                         1.00     16.12                1304281                 1.0     120.84
                                                                 W.O. Desc: REPLACED LOADWHEEL CASTER WHEELS & DRIVE
64FF215   04       600  55144 3/15/00   35000     03     ROBERT TREDO                         1.50     24.18                083179-010              2.0     28.22
                                                                 W.O. Desc: REPLACED LOADWHEEL CASTER WHEELS & DRIVE
64FF215   04       600  55144 3/15/00   34010     03     ROBERT TREDO                                                       10-6205-ZZ              8.0     15.20
                                                                 W.O. Desc: REPLACED LOADWHEEL CASTER WHEELS & DRIVE
64FF215   04       600  55144 3/15/00   34010     03     ROBERT TREDO                          .50     8.06                 100462-030              1.0     28.98
                                                                 W.O. Desc: REPLACED LOADWHEEL CASTER WHEELS & DRIVE

* Sub Total: ACTIVITY F'YR/P 01 01                                                             5.00     80.60                                      12.0     193.24

64FF215   41       622  67356 5/23/00   32010     03     JOHN L HENSLEY                       1.00     17.07                1304281                 1.0     120.84
                                                                 W.O. Desc: DRIVE TIRE DAMAGED

* Sub Total: ACTIVITY F'YR/P 01 04                                                             1.00     17.07                                       1.0     120.84

64FF215   01       689  51871 9/08/00   34001     03                                                                        100463                  1.0     .73
                                                                 W.O. Desc: REPLACE LH LOAD WHEEL & BEARINGS
64FF215   01       689  51871 9/08/00   34001     03     DAVE MATHISEN                        1.00     16.57                065081-021              4.0     12.36
                                                                 W.O. Desc: REPLACE LH LOAD WHEEL & BEARINGS
64FF215   01       689  51871 9/08/00   34001     03                                                                        100462-030              1.0     28.98
                                                                 W.O. Desc: REPLACE LH LOAD WHEEL & BEARINGS

* Sub Total: ACTIVITY F'YR/P 01 07                                                             1.00     16.57                                       6.0     42.07

64FF215   01       761  53548 1/26/01   26014     03     JOHN L HENSLEY                       2.50     42.67                ZCR-073459              1.0     8.07
                                                                 W.O. Desc: DRIVE SHAFT LOOSE & SEALS LEAK
64FF215   01       761  53548 1/26/01   26014     03     JOHN L HENSLEY                                                     ZCR-073453              1.0     4.34
                                                                 W.O. Desc: DRIVE SHAFT LOOSE & SEALS LEAK

* Sub Total: ACTIVITY F'YR/P 01 12                                                             2.50     42.67                                       2.0     12.41

                                                                          REPORT Total:      109.85    1689.02                                    100.0     2857.65
```

PAGE 8
EMPF075

EQUIPMENT REPORT GENERATOR
SUPERVALU INC.

JOHNH

3/22/01
14:09:30

Rpt Name: EQUIP WORK PERFORMED
Desc ..: 64FF215

** END OF REPORT **