## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE PELLEY | : | CIVIL ACTION NO. |
|    Plaintiff | | |
| | : | 3:01CV1767 (CFD) |
| V. | | |
| | | |
| SUPERVALU, INC. | | |
|    Defendant | : | July 14, 2004 |

### DEFENDANT'S THIRD MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendant, Supervalu, Inc., hereby moves for an order compelling the plaintiff to produce by a date certain all outstanding discovery concerning the plaintiff's medical treatment, preexisting conditions, a lawsuit concerning an injury suffered after the subject accident, wage information, and expert witness information described more fully in the attached memorandum of law.  The defendant moves for an order dismissing the action should the plaintiff fail to comply.  In support of this motion, a memorandum of law and required documentation are attached.

                      THE DEFENDANT: Supervalu, Inc.

                      By_____
                          Jack D. Miller
                          Regnier, Taylor, Curran & Eddy
                          Cityplace, 28th Floor
                          Hartford, CT  06103
                          (860)249-9121
                          Federal I.D. No.:  CT 05300

PDF created with pdfFactory trial version www.pdffactory.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE PELLEY | : | CIVIL ACTION NO. |
|     Plaintiff | | |
| | : | 3:01CV1767 (CFD) |
| V. | | |
| SUPERVALU, INC. | | |
|     Defendant | : | JULY 14, 2004 |

### **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, first class, postage prepaid on 14th day of JULY, 2004, to:

Attorney Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460


_____

Jack D. Miller

PDF created with pdfFactory trial version www.pdffactory.com