UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE PELLEY | : | CIVIL ACTION NO. |
| Plaintiff | | |
| | : | 3:01CV1767 (CFD) |
| V. | | |
| SUPERVALU, INC. | | |
| Defendant | : | JULY 14, 2004 |

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANT'S MOTION TO COMPEL**

**I.    BACKGROUND**

The plaintiff commenced this personal injury action against the defendant, Supervalu, Inc., in a Pennsylvania federal court in January 2001. The action was later moved to this Connecticut district court, where it remains today.

In February 2001, defense counsel served the plaintiff with discovery requests seeking complete records of the plaintiff's treatment for injuries allegedly due to the subject accident, information regarding the plaintiff's expert witnesses, documentation of lost wages, records pertaining to a personal injury lawsuit stemming from a subsequent accident, and records pertaining to certain preexisting injuries. Although some information was provided, the following was not:

1. Records of Grandview Hospital in Pennsylvania.

2. Records of Dr. Bandera.

PDF created with pdfFactory trial version www.pdffactory.com

3. Records of Dr. Steven Fried.

4. Records concerning a lawsuit which the plaintiff filed against Red Roof Inn for low back injuries, resulting from an incident on Feb. 7, 2001, including medical records pertaining to that subsequent injury.

5. Follow-up records with Dr. John Esterhai (the last notation in a record provided to the defendant indicates that the plaintiff was scheduled for a Jan. 26, 2001 visit; no record of this visit has been provided).

6. Records from Baystate Medical Center, where the plaintiff went following the accident.

7. Records from Dr. Sherri Landes for visits from Aug. 1999 – July 2000.

8. Records from Dr. Hurley.

9. Records from Dr. Foderara.

10. Physical therapy records.

11. Functional capacity evaluation referred to by Dr. Stephen Sacks.

12. Prior medical records concerning plaintiff's history of low back problems, sciatica, and records concerning a left leg injury which noted numbness and tingling.

Moreover, information and documentation concerning the plaintiff's expert witnesses, lost wages, personal injury lawsuit stemming from a subsequent

PDF created with pdfFactory trial version www.pdffactory.com

accident, and certain preexisting injuries, as well as signed medical authorizations, were not furnished.

The defendant later moved to compel the plaintiff to provide the information and documentation. *See* motions dated June 25, 2002, Sept. 8, 2002 and Oct. 23, 2002.

In a hearing on January 27, 2003, Judge Droney ordered the plaintiff to provide, within 30 days, all of the requested information and also signed medical authorizations directing treaters to provide records to defense counsel. The plaintiff did not comply with that order.

The defendant recently renewed his request for the outstanding information and documentation. *See* Exhibits A and B. Today, the undersigned attorney received from plaintiff's counsel signed medical authorizations, but no other documentation.

The defendant has now moved the Court to compel full and complete disclosure by a date certain, and to dismiss the action in the event of noncompliance.

**II.    ARGUMENT**

The defendant cannot prepare its defense of this action without complete information regarding the plaintiff's claimed injuries and losses, and cannot depend on the plaintiff's piecemeal and sporadic disclosures of said information as a reliable

source. The defendant therefore again moves this Court to order the plaintiff to produce the following:

- (A) All 12 categories of records identified above.
- (B) The identity of the plaintiff's expert witnesses, and the scope of such witnesses' expected testimony.
- (C) Documentation of any claimed lost wages.
- (D) All records pertaining to a personal injury lawsuit stemming from a subsequent accident

Moreover, in light of the plaintiff's non-compliance with the Court's previous order, the defendant asks that Court to order the plaintiff to produce all documents by a date certain, and to impose the sanction of dismissal should the plaintiff again fail to comply.

### III. CONCLUSION

For the foregoing reasons, the defendant moves for an order compelling the plaintiff to produce the requested information and documentation by a date certain, and for the dismissal of the action should the plaintiff fail to comply.

PDF created with pdfFactory trial version www.pdffactory.com

        THE DEFENDANT,
        Supervalu, Inc.

By_____
        Jack D. Miller
        Regnier, Taylor, Curran & Eddy
        Cityplace, 28th Floor
        Hartford, CT  06103
        (860)249-9121
        Federal I.D. No.:  CT 05300

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE PELLEY | : | CIVIL ACTION NO. |
| Plaintiff | | |
| | : | 3:01CV1767 (CFD) |
| V. | | |
| SUPERVALU, INC. | | |
| Defendant | : | JULY 14, 2004 |

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, first class, postage prepaid on 14th day of July 2004, to:

Attorney Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

_____

Jack D. Miller

PDF created with pdfFactory trial version www.pdffactory.com