**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GEORGE PELLEY                    :        CIVIL ACTION NO.
   Plaintiff

                                     :        3:01CV1767 (CFD)

V.

SUPERVALU, INC.
   Defendant                    :        July 14, 2004

**AFFIDAVIT OF DEFENSE COUNSEL**
**REQUIRED BY LOCAL RULE 37(a)(2)**

      Jack D. Miller, after being duly sworn on oath, deposes and says:

      1.      I am over the age of 18 years and understand the obligation of an oath.

      2.      I represent the defendant Supervalu, Inc. in a lawsuit commenced by George Pelley.

      3.      Although I have received some Interrogatory responses and medical records from plaintiff's counsel, I still have not received from plaintiff's counsel:  (1) many medical records; (2) records from a lawsuit concerning a subsequent injury; (3) disclosure of experts; and (4) wage loss information.

      4.      Although I have already filed several motions to compel the plaintiff to produce the missing documentation, and the court has ordered the plaintiff to comply, the plaintiff has not yet provided the missing information.

PDF created with pdfFactory trial version www.pdffactory.com

5.      On or about June 18, 2004, Sharone Kornman notified plaintiff's counsel by telephone and also by mail that another motion to compel would be filed if the plaintiff did not provide the outstanding materials.

7.      To date I have not received this information and documentation.

_____        _____

Jack D. Miller                                                    Date

Subscribed and sworn to before me this _____ day of July, 2004.


_____

Commissioner of the Superior Court