**Attorney Sharon G. Kornman**
**skorman@rtcelaw.com**

June 18, 2004

**VIA TELEFAX (952-820-6123)**

Mr. Todd Sayler
Kemper Insurance Co.
P.O. Box 59053
Minneapolis, MN 55459-0053

RE: **George Pelley v. Suffield Division of Supervalu, Inc.**
**File No.: 542 LN 158062**

Dear Mr. Sayler:

I am assisting Jack Miller in obtaining outstanding discovery from the plaintiff's attorney, including signed medical authorizations, expert witness information, wage loss evidence and information pertaining to a subsequent injury.

Judge Droney has previously ordered plaintiff's counsel to produce this information. Nonetheless, we cannot file another motion to compel without first seeking the information informally. I enclose a copy of my informal request.

Therefore, in order to move this as speedily as possible, I have advised plaintiff's counsel that we require the information within 20 days, and will move to compel and for any available sanctions – including dismissal -- on the 21st day.

If you have any questions or comments, please call Mr. Miller or me.

Sincerely yours,

Sharone Kornman

SGK:jal
Enclosure
cc: Tom Moher, Supervalu (via e-mail)