UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE PELLEY | : | Civil Action No. |
|     Plaintiff | : | 3:01 CV 1767 (CFD) |
| | : | |
| v. | : | |
| | : | |
| SUPERVALU, INC. | : | |
|     Defendant | : | August 5, 2004 |

MEMORANDUM IN OPPOSITION TO
DEFENDANT'S THIRD MOTION TO COMPEL

The plaintiff in the above captioned case hereby opposes the defendant's third motion to compel based upon the following:

1.  On February 25, 2003 in compliance with the Court's order, the plaintiff sent the following medical records which were received by plaintiff's counsel in response to authorizations to release medical records signed by the plaintiff sent to all of the plaintiff's medical providers on or about February 4, 2003:

    (a)  Dr. Joseph Cipriano

    (b)  Upper Bucks Orthopedic Associates

    (c)  Baystate Medical Center

    (d)  Sherri Landes

    (e)  Mercy Rehap Station

    (f)  University of Pennsylvania, Department of Orthopedic Surgery

    (g)  Quest Diagnostics

    (h)  Academy Imaging

      (i)      Mercy Suburban General Hospital

      (j)      Nuerological Associates

      (k)      Headache/pain Center of Bucks/Montgomery Center

      (l)      Colmar Imaging MRI Center

      (m)      Penn Neurological Associates

      (n)      Grandview Hospital

      (o)      AquaSport Physical Therapy.

A copy of said correspondence dated February 25, 2003 to Jack Miller, Esq. is attached as Exhibit A.

    2.    On March 5, 2003, medical records from MedRisk, Inc. relating to the plaintiff were forwarded to defendant's counsel. (Exhibit B) On May 19, 2003, therapy records from Sports Physical Therapy were sent to defendant's counsel. (Exhibit C).

    3.    The last correspondence in my file from defendant's counsel relating to medical records and tax returns was in May of 2003. The next communication on this subject was more than one year later on June 18, 2004, when I received a telephone call from a paralegal from the law office of the defendant's counsel requesting additional records that supposedly were not included in the copies of the voluminous records already provided by the plaintiff. On June 21, 2004 I received a letter dated June 18, 2004 with nine medical authorizations enclosed requesting that the plaintiff execute them. Notwithstanding the fact that the discovery deadline expired more than a year ago, on July 8, 2004 my office forwarded to defendant's attorneys the nine signed medical authorizations for the following providers: Dr. Stephen Sacks, Dr. Daniel L. Skubick,

Upper Bucks Orthopaedic Association, Dr. Joseph Cipriano, Dr. Sherri Landes, Dr. John Esterhai, Dr. Steven Fried, Baystate Medical Center, and Grand View Hospital.  The plaintiff believes that the defendant has already received all of the requested medical records; however, if the defendant wants to send authorizations and make records requests directly to those providers, the plaintiff fully cooperated even though the defendant was inactive and delayed doing so for more than a year.

4.	With respect to item #4 of the records the defendant claims were not provided, my recollection is that the plaintiff testified at his deposition that he di dnot file a lawsuit against Red Roof Inn.

5.	As shown above, the defendant has responded to the best of its ability all medical records and reports requested by the defendant and has complied with the Court's order.  Furthermore, the defendant has been unreasonably dilatory by waiting over a year from the time it now claims copies of a number of records covered by its request were not provided before filing this motion.   Therefore, the defendant's motion to compel should be denied.

RESPECTFULLY SUBMITTED

_____//s//_____

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200
Fed. I.D. # ct13127
e-mail: wholcomb@bmdlaw.com

## CERTIFICATION

This is to certify that a copy of the Memorandum in Opposition to Defendant's Third Motion to Compel was mailed this date, first class mail, postage prepaid, to the following:

Jack Miller, Esq.
Regnier, Taylor, Curran & Eddy
Cityplace I, 28th Floor
185 Asylum Street
Hartford, CT  06103

                                                                                     _____//s//_____
                                                                                           Warren L. Holcomb, Esq.