ROBERT L. BERCHEM
MARSHA BELMAN MOSES
MICHAEL P. DEVLIN†
STEPHEN W. STUDER*
RICHARD J. BUTURLA
FLOYD J. DUGAS
KENNETH R. PLUMB
LAWRENCE B. PELLEGRINO
THOMAS GALVIN COTTER

JONATHAN D. BERCHEM°
THOMAS A. CARROLL†
CAROLYN MAZANEC DUGAS
RICHARD M. HASKELL III
HERMINE HAYES-KLEIN^
WARREN L. HOLCOMB◊
RACHEL L. KRINSKY
MICHELLE C. LAUBIN†
BRYAN L. LECLERC†
BRIAN A. LEMA
DEAN R. SINGEWALD, II
BRIAN W. SMITH
MICHAEL V. VOCALINA

OF COUNSEL
JOHN W. HOGAN, JR.
LOREN LETTICK
JOSEPH L. RINI†
MARK J. ROSEN

# BERCHEM, MOSES & DEVLIN, P.C.
ATTORNEYS AND COUNSELORS AT LAW
75 BROAD STREET
MILFORD, CONNECTICUT 06460

TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235
(203) 877-8422
(203) 877-6192

25 HIGH STREET
MILFORD, CT 06460

91 WILLIAM STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 562-9911

BAYVIEW STATION
P. O. BOX 5660
BRIDGEPORT, CT 06610

PLEASE REPLY TO
MILFORD OFFICES

°ALSO ADMITTED IN CALIFORNIA
*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW YORK
◊ALSO ADMITTED IN PENNSYLVANIA
^ONLY ADMITTED IN NEW YORK

February 25, 2003

Jack Miller, Esq.
Regnier, Taylor, Curran & Eddy
Cityplace 1
Hartford, CT 06103

    RE:    George Pelley V. Supervalue, Inc.

Dear Mr. Miller:

Enclosed please find the following medical records for George Pelley:

1. Dr. Joseph Cipriano
2. Upper Bucks Orthopaedic Associates
3. Baystate Medical Center
4. Sherri Landes
5. Mercy Rehab Station
6. Solomon Associates
7. University of Pennsylvania, Department of Orthopaedic Surgery
8. Quest Diagnostics
9. Academy Imaging
10. Mercy Suburan General Hospital
11. Neurological Associates
12. Headache/Pain Center of Bucks/ Montegomery Center
13. Colmar Imaging MRI Center
14. Penn Neurological Associated

15. Grandview Hospital
16. AquaSport Physical Therapy

    I believe that there are all of the plaintiff's medical treatment records with the exception of Brunswick Orthopaedic Associates. Mr. Pelley has ordered his federal tax returns from the IRS and we expected to receive them by now. We are moving the court for a short extension until Monday March 10, 2003 to provide the tax returns. Do you object to that extension? Also, Please provide us with available dates for the depositions of Mr. Pelley and Mr. Hensley. Thank you.

                                         Very truly yours,

                                         Michelle Licata
                                         Paralegal

/mml
Enclosure

## BERCHEM, MOSES & DEVLIN, P.C.

ATTORNEYS AND COUNSELORS AT LAW

75 BROAD STREET

MILFORD, CONNECTICUT 06460

TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235
(203) 877-8422
(203) 877-6192

ROBERT L. BERCHEM
MARSHA BELMAN MOSES
MICHAEL P. DEVLIN†
STEPHEN W. STUDER*
RICHARD J. BUTURLA
FLOYD J. DUGAS
KENNETH R. PLUMB
LAWRENCE B. PELLEGRINO
THOMAS GALVIN COTTER

JONATHAN D. BERCHEM°
THOMAS A. CARROLL†
CAROLYN MAZANEC DUGAS
RICHARD M. HASKELL III
HERMINE HAYES-KLEIN^
WARREN L. HOLCOMB°
RACHEL L. KRINSKY
MICHELLE C. LAUBIN†
BRYAN L. LECLERC†
BRIAN A. LEMA
DEAN R. SINGEWALD, II
BRIAN W. SMITH
MICHAEL V. VOCALINA

OF COUNSEL
JOHN W. HOGAN, JR.
LOREN LETTICK
JOSEPH L. RINI†
MARK J. ROSEN

25 HIGH STREET
MILFORD, CT 06460

91 WILLIAM STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 562-9911

BAYVIEW STATION
P. O. BOX 5660
BRIDGEPORT, CT 06610

PLEASE REPLY TO
MILFORD OFFICES

°ALSO ADMITTED IN CALIFORNIA
*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN PENNSYLVANIA
^ONLY ADMITTED IN NEW YORK

March 5, 2003

Jack Miller, Esq.
Regnier, Taylor, Curran & Eddy
Cityplace 1
Hartford, CT 06103

RE: George Pelley V. Supervalue, Inc.

Dear Mr. Miller:

Enclosed please find medical records for George Pelley from the MedRisk facility., as well as a revised list of providers. If you have any questions, please do not hesitate to contact Warren Holcomb or the undersigned. Thank you.

Very truly yours,

Michelle M. Licata
Paralegal

/mml
Enclosure

# BERCHEM, MOSES & DEVLIN, P.C.

ATTORNEYS AND COUNSELORS AT LAW

75 BROAD STREET

MILFORD, CONNECTICUT 06460

TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235
(203) 877-8422
(203) 877-6192

ROBERT L. BERCHEM
MARSHA BELMAN MOSES
MICHAEL P. DEVLIN†
STEPHEN W. STUDER*
RICHARD J. BUTURLA
FLOYD J. DUGAS
KENNETH R. PLUMB
LAWRENCE B. PELLEGRINO
THOMAS GALVIN COTTER

JONATHAN D. BERCHEM°
THOMAS A. CARROLL†
CAROLYN MAZANEC DUGAS
RICHARD M. HASKELL III
WARREN L. HOLCOMB◊
RACHEL L. KRINSKY
MICHELLE C. LAUBIN†
BRYAN L. LECLERC†
BRIAN A. LEMA
BRIAN W. SMITH
MICHAEL V. VOCALINA

OF COUNSEL
JOHN W. HOGAN, JR.
LOREN LETTICK
JOSEPH L. RINI†
MARK J. ROSEN

25 HIGH STREET
MILFORD, CT 06460

91 WILLIAM STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 562-9911

BAYVIEW STATION
P. O. BOX 5660
BRIDGEPORT, CT 06610

PLEASE REPLY TO
MILFORD OFFICES

◊ALSO ADMITTED IN CALIFORNIA
*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN PENNSYLVANIA

May 19, 2003

Jack D. Miller, Esq.
Cityplace, 28th Floor
Hartford, CT  06103

Re:    Pelley v. SuperValu, Inc.

Dear Jack:

Enclosed are copies of Mr. Pelley's therapy records from Sports Physical Therapy for treatment from July 18, 2000 to September 6, 2000.

Very truly yours,

Warren L. Holcomb

WLH/jmc
enclosures

## CERTIFICATION

This is to certify that a copy of the Memorandum in Opposition to Defendant's Third Motion to Compel was mailed this date, first class mail, postage prepaid, to the following:

Jack Miller, Esq.
Regnier, Taylor, Curran & Eddy
Cityplace I, 28th Floor
185 Asylum Street
Hartford, CT  06103

_____
Warren L. Holcomb, Esq.