41

FILED

2003 OCT -9 P 2:49

US DISTRICT COURT
HARTFORD CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GEORGE PELLEY<br>Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01CV1767 (CFD) |
| V. | | |
| SUPERVALU, INC.<br>Defendant | : | OCTOBER 9, 2003 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, Supervalu, Inc., hereby moves for summary judgment. As clearly demonstrated in the attached documents, defendant, Supervalu, Inc. was at no time on notice that its pallet jack was either defective or dangerous. Since the defendant lacked both actual and constructive notice of any defect of the pallet jack, which plaintiff alleged it cannot be deemed to be liable. More significantly, the pallet jack was not defective nor can plaintiff document or prove such a claim.

In support of this Motion for Summary Judgment, the defendant attaches the following:

1. Memorandum of Law in Support of Motion for Summary Judgment;

2. Deposition Transcript of John Hensley



DENIED. There exist genuine issues of material fact including, but not limited to, (1) Was the pallet jack properly maintained and (2) did the Defendant have notice of any defective conditions? SO ORDERED.

Christopher F. Droney
United States District Judge
9/29/04

FILED
2004 SEP 29 P 4:28
U.S. DISTRICT COURT
HARTFORD CT