UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE PELLEY, | | : |
| | Plaintiff, | : |
| | | : |
| v. | | : Civil Action No. 3:01CV1767 (CFD) |
| | | : |
| SUPERVALU, INC. | | : |
| | Defendant. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending:  (orefm.)

\_\_\_\_  A ruling on the following motion which is currently pending:  (orefm.)

\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following:  (orefmisc./cnf)

\_\_\_\_  Other:  (orefmisc./misc) _____

SO ORDERED this 11th day of October, 2004 at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge