UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CIVIL ACTION

GEORGE PELLEY :
       Plaintiff :
V.
: NO. 3:01 – CV-01767 (CFD)
:
SUPERVALU, INC.
:
       Defendant :

## WITHDRAWAL OF APPEARANCE

**TO THE PROTHONOTARY**

Kindly withdraw my appearance as attorney for Defendant, SUPERVALU, INC., with respect to the above-captioned matter.

       MARSHALL, DENNEHEY, WARNER,
       COLEMAN & GOGGIN

BY: _____
       Howard P. Dwoskin, Esquire
       1845 Walnut Street
       Philadelphia, PA  19103
       Telephone:  (215) 575-2664
       Attorney Identification No: 48140

Dated: 12/15/05

\01_19\LIAB\HPD\LLPG\497644\BXM\19310\00218

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within WITHDRAWAL OF APPEARANCE has been served by United States Mail, First Class, postage prepaid, upon the following on this date:

Patrick T. Henigan, Esquire
Graeff, Henigan & Dugan, P.C.
Two Penn Center Plaza - Suite 1100
1500 JFK Blvd.
Philadelphia, PA 19102

Jack D. Miller, Esquire
Regnier, Taylor, Curran & Eddy
City Place – 28th Floor
Hartford, CT 06103-3402

HOWARD P. DWOSKIN, ESQUIRE

Dated: 10/15/05