**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GEORGE PELLEY | : | CIVIL ACTION NO. |
|    Plaintiff | | |
| | : | 3:01CV1767 (CFD) |
| V. | | |
| SUPERVALU, INC. | | |
|    Defendant | : | FEBRUARY 9, 2006 |

## MOTION IN LIMINE TO PRECLUDE
## PLAINTIFF'S TESTIMONY THAT PALLET JACK WAS DEFECTIVE

The defendant respect moves this Court for an order precluding the plaintiff from offering an opinion that the pallet jack was defective or utilizing the terms "malfunction," "defect," "defective," or any variation of these words or for that matter the use of any other words to note that the pallet jack did not function properly.

Rule 701 of the Federal Rules of Evidence precludes a witness, who is not testifying as an expert, from offering testimony based on scientific, technical or other specialized knowledge.

Defendant is not suggesting that plaintiff cannot testify as to what he observed. That is entirely different from a conclusion or opinion that there was anything defective about the pallet jack or that it did not operate properly.

Therefore, the defendant respectfully moves this Court for an order precluding and limiting the testimony of the plaintiff.

THE DEFENDANT: Supervalu, Inc.


By_____
        Jack D. Miller
        Regnier, Taylor, Curran & Eddy
        Cityplace, 28th Floor
        Hartford, CT  06103
        (860)249-9121
        Federal I.D. No.:  CT 05300

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE PELLEY | : | CIVIL ACTION NO. |
| Plaintiff | | |
| | : | 3:01CV1767 (CFD) |
| V. | | |
| SUPERVALU, INC. | | |
| Defendant | : | FEBRUARY 9, 2005 |

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, first class, postage prepaid on 9th day of February 2006 to:

Attorney Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

_____
Jack D. Miller