UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE PELLEY      :
    Plaintiff,      :
        :
v.      :    Civil Action No. 3:01-CV-1767 (CFD)
        :
SUPERVALU, INC.      :
    Defendant

## PRETRIAL ORDER

In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on September 20, 2006. As a result of the pretrial conference, the Court issues this Pretrial Order.

    Plaintiff(s) counsel:    Warren L. Holcomb

    Defendant(s) counsel:    Jack D. Miller

1. Jury Selection

    Jury selection will be held on **October 18, 2006.** The evidence will begin **October 19, 2006.** The trial will last **2-3 days**.

    The parties will be selecting **8** jurors.

    The plaintiff has **3** peremptory challenges.

    The defendants have **3** peremptory challenges.

    The Court will read the parties' description of the case from the parties' pre-trial memorandum to the jury at jury selection.

2. Jurisdiction

    The parties agree that the Court has personal and subject matter jurisdiction over this case.

3. Applicable Law

    The parties agree that Connecticut substantive law applies in this case.

4.  Additional Deposition of the Plaintiff

    The defendant may depose the Plaintiff for a maximum of two hours on or before **October 18, 2006** regarding events since the Plaintiff's previous deposition in April 2003.

5.  Opening Statement

    The parties will each be allowed 10 minutes for their opening statements at trial.

6.  Evidentiary Issues

    The operative pleadings are the complaint dated **February 21, 2001,** and the answer and affirmative defenses dated **March 19, 2001.**

    A final list of joint stipulations is due by **October 18, 2006** at **9:30 a.m.**

    There will not be sequestration of witnesses during the trial.

    Any objections to the preliminary jury instructions are due by **October 18, 2006** at **9:30 a.m.**

    Any objections to exhibits are due by **October 18, 2006** at **9:30 a.m.**

    Exhibits will be marked on **October 18, 2006** at **9:30 a.m.**

    Revised jury charges are due by **October 18, 2006** at **9:30 a.m.**

    Proposed revised verdict forms are due by **October 18, 2006** at **9:30 a.m.**

7.  Motions in Limine

    The hearing shall be **October 12 at 3:00 pm.**

8.  Electronic Courtroom Equipment

    Counsel will use the Court's equipment.

9.  Objections

    Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

IT IS SO ORDERED that this Pretrial Order may be modified by order of the Court only to prevent manifest injustice or for good cause shown.

Dated at Hartford, Connecticut, this   25th   day of September 2006

        /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**